UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------
WTA TOUR, INC., and
STEVE SIMON,

            Petitioners,

     -against-

SUPER SLAM LIMITED and
ION TIRIAC,

            Respondents.
------------------------------------
```

18-cv-5601 (JSR)

ORDER



JED S. RAKOFF, U.S.D.J.

Petitioners WTA Tour, Inc. and Steve Simon seek to compel arbitration and to enjoin Respondents from proceeding with three foreign lawsuits. Respondents Super Slam Limited and Ion Tiriac oppose the petition and move to dismiss it. The Court received full briefing and oral argument from both sides. After careful consideration, the Court orders as follows:

(1) The petition to compel Respondents to submit to arbitration in New York is granted.

(2) Respondents Super Slam Limited and Ion Tiriac are hereby enjoined from prosecuting, directing, or participating in the proceedings entitled <u>Super Slam Limited and Ion Tiriac v. Women's Tennis Association and Steve Simon</u>, Action No. 4422/2017, now pending in the District Court of Nicosia in Cyprus, until the completion of the arbitration proceedings ordered above.

1

(3) Petitioners' motion for an anti-suit injunction is otherwise denied, with leave to Petitioners to renew the application respecting the lawsuit pending in Spain following the completion of limited discovery.

(4) Petitioners' motion for discovery from Respondents on the subject of Respondents' ownership or control of Madrid Trophy Promotion is granted. The parties are directed to confer and to submit a joint proposed discovery schedule to the Court by no later than October 8, 2018.

(5) Respondents' motion to dismiss is denied.

A full opinion explaining the reasons for these rulings will issue in due course.

SO ORDERED.

Dated: New York, NY

October  1 , 2018

JED S. RAKOFF, U.S.D.J.